STATE of Missouri, Respondent,

v.

John W. SIMS, Appellant.

No. WD 33647.

Missouri Court of Appeals,
Western District.

Aug. 16, 1983.

James W. Fletcher, Public Defender,
Sean D. O'Brien, Asst. Public Defender,
Kansas City, for appellant.

John Ashcroft, Atty. Gen., Mary Stewart
Tansey, Asst. Atty. Gen., Jefferson City, for
respondent.

Before SOMERVILLE, P.J., TURNAGE,
C.J., and MANFORD, J.

ORDER

PER CURIAM:

This is a direct appeal from a jury convic-
tion for robbery, first degree, in violation of
§ 569.020, RSMo 1978, and assault, first
degree, in violation of § 565.050, RSMo
1978.

No jurisprudential purpose would be
served by a written opinion.

Judgment affirmed.

All concur.

Rule 30.25(b).